IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3032 |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVIS J. LOCK, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |

Understanding that Judge Urbom remains the sentencing judge and that no magistrate judge is available, Judge Urbom requested that I handle the defendant's plea of guilty. I am happy to do so. Of course, Judge Urbom is free to alter or overturn any decision that I make. With the foregoing in mind, I made an inquiry of the defendant and counsel as required by Rule 11 of the Federal Rules of Criminal Procedure. Based upon that inquiry,

IT IS ORDERED that:

1. The defendant's plea of guilty as more specifically shown by the petition to enter a plea of guilty is accepted. The court finds that the defendant's plea of guilty is knowing, intelligent and voluntary and that there is a factual basis for it.

2. If there is a plea agreement, Judge Urbom will consider whether to accept the plea agreement at the time of sentencing. Unless otherwise stated by Judge Urbom at the time of sentencing, the plea agreement will be deemed accepted at the time sentence is pronounced.

3. A separate sentencing scheduling order will be issued.

4. The Clerk shall provide Judge Urbom with a copy of this memorandum and order.

DATED this 8th day of July, 2009.

BY THE COURT:

s/Richard G. Kopf
United States District Judge