IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:09CR3032 |
| vs. | |
| TRAVIS J. LOCK, | ORDER |
| Defendant. | |

The defendant in an undated letter received and docketed as a Motion for Copies by the clerk of the United States District Court on January 27, 2014, requested a copy of the docket sheet in the above-titled case. (ECF No. 38).

IT IS ORDERED that the Motion for Copies, ECF No. 38, is granted and the clerk of the court shall send to the defendant a copy of the docket sheet in *United States of America v. Travis J. Lock*, 4:09CR3032, to Travis Lock, Reg. # 22781047, F.C.I. P.O. Box 1000, Sandstone, MN 55072.

Dated this 27th day of January, 2014.

BY THE COURT:

Warren K. Urbom
United States Senior District Court